(C.D. 3043)

Ross Products, Inc. v. United States

United States Customs Court, Second Division

(Decided June 27, 1967)

Siegel, Mandell & Davidson for the plaintiff.
Carl Hardley, Acting Assistant Attorney General, for the defendant.

Before Rao and Ford, Judges

Rao, Chief Judge: The merchandise covered by the protests, listed on the schedule, annexed to this decision and made a part hereof, consists of battery-operated lanterns, which were assessed with duty at the rate of 20 per centum ad valorem or at the rate of 19 per centum ad valorem pursuant to the provisions of paragraph 339 of the Tariff Act of 1930, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade, 86 Treas. Dec. 121, T.D. 52739, or by the Sixth Protocol of Supplementary Concessions to said General Agreement, 91 Treas. Dec. 150, T.D. 54108, for household utensils, not specially provided for, wholly or in chief value of steel or other base metal.

It is claimed in said protests that the merchandise in issue consists of articles having as an essential feature an electrical element or de-

vice within the purview of paragraph 353 of said act, as modified by said Torquay protocol, which are dutiable at the rate of 13¾ per centum ad valorem.

These protests have been submitted for decision upon a written stipulation of counsel for the respective parties hereto which reads as follows:

IT IS STIPULATED AND AGREED by and between counsel for the plaintiff and the Assistant Attorney General for the United States:

That the items marked "A", and checked JB (Comm. Spec's Initials) by Commodity Specialist J. Bistreich (Comm. Spec's Name) on the invoices covered by the protests enumerated on the schedule attached hereto and made a part hereof, assessed with duty at 20 or 19 per centum ad valorem under the provisions of paragraph 339, Tariff Act of 1930, as modified, consist of battery operated lanterns which contain as an essential feature an electrical element or device, which are claimed dutiable at 13¾ per centum ad valorem under the provisions of paragraph 353, Tariff Act of 1930, as modified.

IT IS FURTHER STIPULATED AND AGREED that said merchandise is not an illuminating article, lighting fixture, or lamp, nor does it contain any electrical heating elements as constituent parts thereof.

That the protests be deemed submitted on this stipulation, the protests being limited to the items marked with the letter "A", as aforesaid, and abandoned as to all other items.

Upon the agreed facts, we hold the merchandise here in issue, identified by invoice items marked and checked as aforesaid, to be dutiable at the rate of 13¾ per centum ad valorem pursuant to the provision in paragraph 353 of said tariff act, as modified by said Torquay protocol, for articles having as an essential feature an electrical element or device. The claim in the protests to that effect is sustained. All other claims are, however, overruled.

Judgment will be entered accordingly.

(C.D. 3044)

*Siegel, Mandell & Davidson* for the plaintiff.
*Carl Eardley*, Acting Assistant Attorney General, for the defendant.